IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BILLY SIMMONS, | ) |
| Petitioner, | ) |
| v. | ) 1:23-CV-926 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b). Doc. 16. The petitioner objects. Doc. 20.

The objections do not undermine the analysis of the Magistrate Judge, who correctly determined that the § 2254 petition is untimely. In his objections, the petitioner contends that there was an "impediment to filing an application [for state habeas relief] created by state action in violation of the Constitution or law of the United States." 28 U.S.C. § 2244(d)(1)(B). But he made no such argument in the summary judgment briefing. Even considering that argument, the showing is insufficient. After de novo review, the Court hereby adopts the Magistrate Judge's Recommendation in full.

**IT IS ORDERED AND ADJUDGED** that the respondent's motion for summary judgment, Doc. 11, is **GRANTED,** the petition, Doc. 2, is **DENIED** and this action is **DISMISSED**. A certificate of appealability shall not issue.

This the 13th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE